

FILED

JUL 2 5 2017

Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

GO FIGURE BOZEMAN, 1871 S. 22nd
Avenue, Suite 2B, Bozeman, Montana

MJ-17-27-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned -

together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of July, 2017.

Jeremiah C. Lynch
United States Magistrate Judge